UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

    v.                        CRIMINAL NO. 92-10179-K-04

WILLIAM M. WINN

### ORDER ON MOTION
### FOR PRODUCTION OF FAVORABLE EVIDENCE (#59)

COLLINGS, U.S.M.J.

    The Court takes the following action on Motion #59:

(1)(2)(3)    ALLOWED to the extent that the Government is directed to these paragraphs as "requests for exculpatory evidence as per the holding of United States v. Agurs, 427 U.S. 97 (1976); however, prior statements of witnesses are to be produced in accordance with and at the time provided by Title 18 U.S.C. Section 3500; otherwise, DENIED.

(4)(5)    ALLOWED to the extent that the Government is directed to comply in full with Local Rule 116.1(a)(7) if it has not already done so; otherwise DENIED.

(6)    ALLOWED to the extent provided by Rule 16(a)(1)(C), Fed.R.Crim.P.; otherwise, DENIED.

To the extent that the within motion has been herein allowed, disclosure shall be made FORTHWITH unless a different time for disclosure has been specified supra.

                                      /s/ Robert B. Collings

                                  ROBERT B. COLLINGS
                                  UNITED STATES MAGISTRATE JUDGE

April 26, 1993

