

| JUDGE/MAG. CODE: 0118 | CRIMINAL COURTNOTE FORM (PRE-TRIAL) | DATE COMPLETED: 5/10/93 |
|---|---|---|
| DOCKET NO: CR 92-10179-K | Page 1 of 2 | CLERK: *Cull* |
| AUSA: *Kelly & Wyshak* | | REPORTER: *Willette* |
| DEFENDANT(s) NAME(s): *Salemme, Jr., Capone, Mercurio & Winn* | | DEFENSE COUNSEL: *Egbert, Conrad, Bourbeau, Boeltz* |

### ARREST

| CHARGING INSTRUMENT<br>☐ Indictment ☐ Complaint ☐ Probable Cause<br>☐ Information ☐ Warrant | CHARGING DISTRICT | ARRESTING DISTRICT | DATE OF ARREST |
|---|---|---|---|

### U.S. CUSTODY

| DISTRICT OF CUSTODY | CUSTODY BEGIN DATE | CUSTODY END DATE | STATE/OTHER CUSTODY |
|---|---|---|---|

### FIRST APPEARANCE

| CHARGING INSTRUMENT<br>☐ Indictment ☐ Information ☐ Complaint | DATE |
|---|---|

### BAIL

| ☐ Hearing Held Date / / TIME:<br>☐ Set For ☐ Reset For | ☐ Bail Set ☐ Bail Reset<br>☐ Bail Continued as Set On | BAIL SET AT: |
|---|---|---|

### DETENTION

| ☐ Hearing Held Date / / TIME:<br>☐ Set For ☐ Reset For | ☐ Deft. Detained Pending Hearing On / / at<br>☐ Deft. Detained Pending Trial |
|---|---|

### COUNSEL

| ☐ FIRST APPEARANCE THROUGH<br>☐ CHANGE | DATE | TYPE: ☐ CJA ☐ SELF<br>☐ PD ☐ RETAINED |
|---|---|---|

### ARRAIGNMENT

| ☐ Held Date / / Time:<br>☐ Set For ☐ Reset For | Plea of ___ Entered On Counts ___<br>Counts to be Dismissed ___ | Govt. Response To<br>U.O.A.D. Due / / |
|---|---|---|
| Motions Due By / / | Govt. Response By / / | Trial Date on Counts ___<br>☐ Set For ☐ Reset For / / Time: |

### HEARING OR CONFERENCE

| ☐ Hearing ☒ Held ☐ Waived Date / /<br>☒ Conference ☐ Set For ☐ Reset For Time: | TYPE: ☒ Motions ☐ Status ☒ Scheduling<br>☐ Removal ☐ Prel Exam. ☐ Addiction ☐ Mental/Physical |
|---|---|

### CHANGE OF PLEA

| ☐ Held Time:<br>☐ Set For ☐ Reset For<br>Date / / | Plea of ___ Entered on Cts. ___<br>Plea of ___ Accepted on Cts. ___ | Counts ___<br>To Be Dismissed |
|---|---|---|
| DISPOSITION ☐ Set For Date / /<br>ON PLEA ☐ Reset For Time: | Date Accepted into<br>PTD Program / / | Guilty Pleas Withdrawn<br>On Cts. ___ Date / / |

**NOTES**

Conf. re: Status of matters. D-Mercurio's motn to continue trial. All to join in motn. Ct ing. of use hrs of trial time (Gov't 20-30 hrs of tapes + 2 major witnesses plus handful of surveillance agents for a period of 48 hrs. Total somewhere over 100 hrs of Gov't case) Equal time to defts. Ct resets trial to 9:00 AM, Tuesday October 12, 1993 time from 5/10/93 to 10/12/93 excluded in interest of justice.

White — "Docket Clerk"    Yellow — "U.S. Attorney"    Pink — "Courtroom Deputy"    Gold — "Defense Counsel"

Form CR01-USA 38-1                                        See Page 2  Pre-Trial Courtnote Form

| JUDGE/MAG. CODE: 0118 | CRIMINAL COURTNOTE FORM (PRE-TRIAL) | DATE COMPLETED: 5/10/93 |
|---|---|---|
| DOCKET NO: CR 92-10179-K | | CLERK: |
| AUSA: Kelly & Whyshak | Page 2 of 2 | REPORTER: |
| DEFENDANT(s) NAME(s): | | DEFENSE COUNSEL: |

## ARREST

| CHARGING INSTRUMENT<br>☐ Indictment  ☐ Complaint  ☐ Probable Cause<br>☐ Information  ☐ Warrant | CHARGING DISTRICT | ARRESTING DISTRICT | DATE OF ARREST / / |

## U.S. CUSTODY

| DISTRICT OF CUSTODY | CUSTODY BEGIN DATE / / | CUSTODY END DATE / / | STATE/OTHER CUSTODY |

## FIRST APPEARANCE

| CHARGING INSTRUMENT<br>☐ Indictment  ☐ Information  ☐ Complaint | DATE / / |

## BAIL

| ☐ Hearing Held  Date / /   TIME:<br>☐ Set For   ☐ Reset For | ☐ Bail Set  ☐ Bail Reset<br>☐ Bail Continued as Set On | BAIL SET AT: |

## DETENTION

| ☐ Hearing Held  Date / /   TIME:<br>☐ Set For   ☐ Reset For | ☐ Deft. Detained Pending Hearing On / / at<br>☐ Deft. Detained Pending Trial |

## COUNSEL

| ☐ FIRST APPEARANCE THROUGH<br>☐ CHANGE | DATE / / | TYPE | ☐ CJA  ☐ SELF<br>☐ PD   ☐ RETAINED |

## ARRAIGNMENT

| ☐ Held  Date / /  Time:<br>☐ Set For  ☐ Reset For | Plea of ___ Entered On Counts ___<br>Counts to be Dismissed ___ | Govt. Response To<br>U.O.A.D. Due / / |
| Motions Due By / / | Govt. Response By / / | Trial Date on Counts ___<br>☐ Set For  ☐ Reset For  / /  Time: |

## HEARING OR CONFERENCE

| ☐ Hearing    ☐ Held   ☐ Waived  Date / /<br>☐ Conference ☐ Set For ☐ Reset For  Time: | TYPE: ☐ Motions  ☐ Status  ☐ Scheduling<br>☐ Removal  ☐ Prel Exam. ☐ Addiction  ☐ Mental/Physical |

## CHANGE OF PLEA

| ☐ Held  Time:<br>☐ Set For  ☐ Reset For<br>Date / / | Plea of ___ Entered on Cts. ___<br>Plea of ___ Accepted on Cts. ___ | Counts ___<br>To Be Dismissed |
| DISPOSITION ☐ Set For  Date / /<br>ON PLEA    ☐ Reset For  Time: | Date Accepted into<br>PTD Program / / | Guilty Pleas Withdrawn<br>On Cts. ___ Date / / |

### NOTES

Callaghy re: 9/1 is 9-3 trial schedule. Salemmi's mtn for reconsideration of USMJ order re: release. Csl wish to file add'l affidavits and 72 hr for submission of further evidence. Callaghy re: D. Lepore's mtn to dismiss. Court takes this mtn U/A. Callaghy re: base off level under guidelines. Court will be ready to receive any mtns. that they wish to file re: this matter.

White — "Docket Clerk"   Yellow — "U.S. Attorney"   Pink — "Courtroom Deputy"   Gold — "Defense Counsel"

CD01-USA 38-1

Pre-Trial
Courtnote Form